MARCH 24, 1978

No. A–807. BROWN ET AL. *v.* THOMSON, GOVERNOR OF NEW HAMPSHIRE. Application for stay of judgment of the United States Court of Appeals for the First Circuit, presented to MR. JUSTICE BRENNAN, and by him referred to the Court, granted pending timely filing and disposition of a petition for writ of certiorari in this Court.

Should the petition for a writ of certiorari not be timely filed or denied, this stay is to terminate automatically. In the event the petition for a writ of certiorari is granted, this stay is to remain in effect pending issuance of the judgment of this Court.

THE CHIEF JUSTICE dissenting.

I would not disturb the order of the United States Court of Appeals for the First Circuit. Moreover, the Attorney General of New Hampshire having this day personally represented to the Clerk of this Court that the proclamation of March 21,

1978, has been superseded by a new proclamation dated March 24, 1978, filed today, the application referred to the Court appears to be moot, and I therefore dissent from the action of the Court and would reinstate the order of the Court of Appeals.

MR. JUSTICE STEWART, MR. JUSTICE POWELL, and MR. JUSTICE REHNQUIST, dissenting.

As we would not disturb the order of the Court of Appeals of the First Circuit, we dissent from the order of this Court.